UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SLUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| CLIFTON ROY WILSON, | ) | Civil Action No. 8:15-4185-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon motion for approval of attorney's fees pursuant to the Equal Access to Justice Act (EAJA). *See* 28 U.S.C. §2412. The parties have agreed that an award of $2,419.14 in attorney fees under the EAJA is reasonable in this case.

Upon review of the material submitted to the court, the motion for attorney's fees is granted. The Commissioner shall pay the Plaintiff attorney's fees under the EAJA in the amount of $2,419.14.

Payment of the fees noted herein shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. This award is without prejudice to the right of Plaintiff to seek attorney fees under Section 206(b) of the Social Security Act, subject to the offset provisions of the EAJA.

Further, the award of fees shall be made payable to the Plaintiff, but delivered to the office of Plaintiff's counsel. *See Astrue v. Ratliff*, 560 U.S. 586, 596-98 (2010).

IT IS SO ORDERED.

 s/Mary Geiger Lewis
Mary Geiger Lewis
United States District Judge

December 19, 2016
Columbia, South Carolina